IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FREDERICK BANKS,
      Petitioner,

v.

MICHAEL PHILLIPS, Warden
NEOCC,
      Respondent

FILED

JUL 02 2020

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Case No

4:20 CV 1458

MOTION TO ORDER NEOCC TO DEDUCT $5.00 FILING FEE FROM PETITIONERS ACCOUNT or waive the fee

Petitioner Frederick Banks, an American Indian ("Banks") moves the Court to order NEOCC to deduct the $5.00 filing fee from Petitioner's Account and send to the clerks office or waive the fee

1. Banks has no way to submit the $5.00 filing fee because NEOCC staff do not currently have available Release of Funds Authorization forms and will not sign the form for being unavailable to Banks who is being held in solitary confinement.

2. The Middle District of PA's Federal court normally sends an order to Respondent and Accounts office and orders that the $5.00 fee be deducted and sent to them. Banks requests that in this case that this court issue such an order to NEOCC Accounts and he consents to the deduction of five dollars from his inmate account to pay the filing fee in this case.

WHEREFORE, the foregoing motion should be granted.

Respectfully Submitted,

Frederick Banks
05711068
NEOCC
2240 Hubbard Road
Youngstown, OH 44505
PETITIONER