**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FREDERICK BANKS, | ) | CASE NO.:  4:20-cv-1458 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| | ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| WARDEN MICHAEL PHILLIPS, | ) | |
| | ) | |
| Respondent. | ) | ORDER |
| | ) | |

Petitioner Frederick Banks filed a petition for a writ of habeas corpus in the above-captioned matter.  Petitioner has neither paid the required filing fee nor filed an application to proceed *in forma pauperis*.

Within thirty (30) days from the date of this Order, petitioner shall either (1) pay the filing fee of $5.00, or (2) complete and file the application to proceed *in forma pauperis* attached to this Order.  If petitioner elects to pay the filing fee by check, the check should be made payable to "Clerk, U.S. District Court" and clearly indicate the case number on the check.

Failure to comply with this Order may result in dismissal of this action without further notice.

IT IS SO ORDERED.


July 21, 2020                                                          s/ David A. Ruiz
                                                                          David A. Ruiz
                                                                          United States Magistrate Judge