**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Frederick Banks, | ) | **CASE NO. 4:20 CV 1458** |
| | ) | |
| Petitioner, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| v. | ) | |
| | ) | |
| Warden Michael Phillips, | ) | **Judgment Entry** |
| | ) | |
| Respondent. | ) | |

For the reasons stated in the Court's Memorandum of Opinion and Order filed contemporaneously herewith, this action is hereby DISMISSED.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge
Chief Judge

Dated;  10/7/20